IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK SECURITY TECHNOLOGIES, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>PULSE SECURE, LLC,<br><br>     Defendant. | **Civil Action No. 1:17-cv-1490-RGA** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Network Security Technologies, LLC hereby files this Notice of Voluntary Dismissal With Prejudice of Defendant Pulse Secure, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Pulse Secure, LLC has not yet answered the Complaint. Accordingly, Plaintiff Network Security Technologies, LLC voluntarily dismisses Defendant Pulse Secure, LLC with prejudice pursuant to Rule 41(a)(1).

|  |  |
|---|---|
| Dated: May 16, 2018 | DEVLIN LAW FIRM LLC |// 
|  | By: */s/ Timothy Devlin* |

Dated: May 16, 2018          DEVLIN LAW FIRM LLC

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom Street, 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
  *Network Security Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin (#4241)